United States District Court
Southern District of Texas
**ENTERED**
August 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAMON WATTELL and STEPHANIE WATTELL, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-1188 |
| WELLS FARGO BANK, N.A., | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum Order signed this day, it is

ORDERED and ADJUDGED that Plaintiffs Damon Wattell and Stephanie Wattell shall take nothing in their action against Defendant Wells Fargo Bank, N.A., and Plaintiffs' claims are DISMISSED on the merits with prejudice.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 6th day of August, 2020.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE